**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| FAUSTO MELENDREZ, JR., | ) | 1:06-cv-1486 OWW TAG HC |
| Petitioner, | ) ) | ORDER ADOPTING RECOMMENDATION TO GRANT RESPONDENT'S MOTION TO DISMISS |
| v. | ) ) | |
| WARDEN JEFF WRIGLEY, | ) ) | |
| Respondent. | ) ) ) | |

This case is before the Court on the Findings and Recommendations of the Magistrate Judge filed April 17, 2007. In this case, Petitioner, a Federal Petitioner, alleges that the United States Bureau of Prisons "by regulation, refuses to assess him under 18 U.S.C. § 3621(b) to determine if he is eligible for six month [sic] of prerelease placements at Community Corrections Center . . . ." Since the filing of the petition, Petitioner has been assessed and eligibility for prerelease placement at a Community Corrections Center has been determined to be appropriate. For this reason, the Report and Recommendation of the Magistrate Judge is ADOPTED.

IT IS ORDERED that Respondent's Motion to Dismiss Petition is GRANTED. The petition for writ of habeas corpus is DISMISSED

1

as moot.

    The Clerk of Court shall enter judgment in favor of Respondent and against Petitioner.

IT IS SO ORDERED.

**Dated:  July 12, 2007**                     **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE